UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK

Hearing Date: September 20, 2018  
Hearing Time: 9:30 a.m.  
Hearing Place: Central Islip

In Re:

Islande Simon  
aka Islande Noel  
aka Islande N. Simon

Case No.: 18-74533  
Chapter: 13

Debtors.

STATEMENT IN OPPOSITION TO  
CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**PLEASE TAKE NOTICE,** that QUICKEN LOANS INC. by its attorneys, Davidson Fink LLP, Scott A. Sydelnik, Esq. alleges as follows:

1. This affirmation is submitted for purposes of objecting to confirmation of the Debtor(s) proposed Chapter 13 Plan.

2. QUICKEN LOANS INC. holds a first mortgage encumbering the debtors' property located at 212 Bergen Court, Copiague, New York 11726, which property is owned by the Debtor. Copies of the note, mortgage, and assignment of mortgage are attached hereto as Exhibit "A", "B", and "C" respectively.

3. The current principal balance on the above-referenced property is $247,736.56.

4. On or about July 5, 2018, the debtor(s) filed Chapter 13 under the United States Bankruptcy Code for the Eastern District of New York.

5. The Debtor(s) proposed plan states an arrearage in the amount of $20,000.00. QUICKEN LOANS INC. has determined the arrears in the amount of $52,363.88 for which a Proof of Claim will be filed.

6.  By virtue of the foregoing, QUICKEN LOANS INC. hereby objects to the Debtors' proposed Chapter 13 plan; and respectfully requests this Court deny confirmation.

Dated: 8/30/18

DAVIDSON FINK LLP

_____
Scott A. Sydelnik, Esq.
28 East Main Street, Suite 1700
Rochester, New York 14614
Tel: 585-546-6448

TO:

Islande Simon
212 Bergen Court
Copiague, NY 11726

Peter Corey, Esq.
Richard L. Stern, PC
2950 Express Drive South
Suite 109
Islandia, NY 11749

Cooper J Macco, Esq.
Richard L. Stern, PC
2950 Express Drive South
Suite 109
Islandia, NY 11749

Marianne DeRosa, Esq.
Standing Chapter 13 Trustee
125 Jericho Tpke
Suite 105
Jericho, NY 11753

U.S. Trustee
United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437